UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80048 EMC |
| Plaintiff, | **ORDER REJECTING COMPLAINT** |
| v. | |
| UNITED STATES | |
| Defendant. | |

Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

In the instant case, Mr. Hurt purports to sue the United States based on allegations relating to a slave revolt in Gloucester County, Virginia in the year 1663. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

_____
EDWARD M. CHEN
United States District Judge